# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ILLINOIS RIGHT TO LIFE COMMITTEE,<br><br>Plaintiff,<br><br>v.<br><br>J.B. PRITZKER, in his official capacity as Governor of the State of Illinois,<br><br>Defendant. | No. 1:20-cv-3675<br><br>**Notice of Voluntary Dismissal Without Prejudice** |

According to Federal Rule of Civil Procedure 41(a)(1)(A)(i), prior to Defendant serving an answer or motion for summary judgment, Plaintiff provides the Court with notice of its voluntarily dismissal of all its claims in this case without prejudice.

Dated: June 2, 2021                                        Respectfully Submitted,

**ILLINOIS RIGHT TO LIFE COMMITTEE**

By:    /s/ *Daniel R. Suhr*

Daniel R. Suhr
Jeffrey M. Schwab
Liberty Justice Center
190 South LaSalle Street, Suite 1500
Chicago, Illinois 60603
Telephone (312) 263-7668
dsuhr@libertyjusticecenter.org
jschwab@libertyjusticecenter.org

*Attorneys for Plaintiffs*